

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

IN RE: SUPERVALU INC.
SECURITIES LITIGATION

Civil File No. 02-CV-1738 JEL/JGL

**STIPULATION AND ORDER**

Subject to the approval of this Court, the parties, by and through the undersigned attorneys hereby stipulate to the following Order:

1. Defendants shall have until March 10, 2003 to answer, move, or otherwise respond to Plaintiffs' Consolidated Amended Complaint.

2. If Defendants' response is in the form of a Motion to Dismiss, Plaintiffs shall have until April 24, 2003 to respond to the Motion and Defendants shall have until May 24, 2003 to submit a Reply.

Dated: February 6, 2003

DORSEY & WHITNEY LLP

By _____
Richard B. Solum #0103287
Peter W. Carter #0227985
Mitchell W. Granberg #0285687
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600

ATTORNEYS FOR DEFENDANTS

FILED FEB 1 0 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD_____
DEPUTY CLERK_____

Dated: February 6, 2003

ZIMMERMAN REED, PLLP

By *Carolyn Anderson*
Carolyn G. Anderson #275712
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402
Telephone: (612) 341-0400

SCHIFFRIN & BARROWAY, LLP
    Michael K. Yarnoff
    Stuart L. Berman
Three Bala Plaza East, Suite 400
Bala Cynwyd, PA 19004
Telephone: (610) 667-7706

CAULEY, GELLER, BOWMAN & COATES, LLP
    Paul J. Geller
    J. Allen Carney
    Randy Pulliam
One Boca Place
2255 Glades Road, Suite 421A
Boca Raton, FL 33431
TELEPHONE: (561) 750-3000

REINHARDT & ANDERSON
    Garrett D. Blanchfield
E-1000 First National Bank Building
332 Minnesota Street
St. Paul, MN 55101
Telephone: (651) 227-9990

ATTORNEYS FOR PLAINTIFFS

**IT IS SO ORDERED.**

Dated: *Feb 7, 2003*

_____
Jonathan Lebedoff
Chief U.S. Magistrate Judge